UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

DAVAJ FRAZIER,

                     Plaintiff,                    18 **CIVIL** 7240 (NSR)(JCM)

        -against-                               **JUDGMENT**

LYNN LILLEY,

                     Defendant.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 30, 2022, the Court has adopted the legal analysis and conclusions contained within MJ McCarthy's R & R in its entirety. The petition for a writ of habeas corpus is therefore denied. As Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253(c)(2); Love v. McCray, 413 F.3d 192, 195 (2d Cir. 2005); Lozada v. United States, 107 F.3d 1011, 1017 (2d Cir. 1997), abrogated on other grounds by United States v. Perez, 129 F.3d 225, 259 60 (2d Cir. 1997). The Court certifies pursuant to 18 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**DATED:**  New York, New York
            September 30, 2022

                                                          **RUBY J. KRAJICK**

                                                           **Clerk of Court**

                                 **BY:**    *K. Mango*

                                                            **Deputy Clerk**