**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RECEIVED
SDNY PRO SE OFFICE
2022 OCT 28 PM 3:05

David Frazier
_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

18 cv 7240 (NSR)(JCM)

-against-

Lynn Lilley
_____

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

(List the full name(s) of the defendant(s)/respondent(s).)

**MEMO ENDORSED**

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 10/25/22 but did not file a notice of appeal within the required time period because:

I was released on October 13, 2022 from Woodbourne Correctional facility. On October 25, 2022 the notice of appeal was forwarded to the petitioner at parole address.

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

Dated: October 25, 2022

Signature: David Frazier

Name (Last, First, MI): Frazier David

Address: 70 Johnes St. #326   City: Newburgh   State: N.Y.   Zip Code: 12550

Telephone Number: _____   E-mail Address (if available): _____

The Court grants Petitioner Frazier the extension of time to file the Notice of Appeal, which Petitioner appears to have already filed on the docket (see ECF No. 28). The Clerk of the Court is kindly directed to terminate the motion at ECF No. 27 and to mail a copy of this order to pro se Petitioner at the address on the docket and to show service on the docket.

Rev. 3/27/15

SO ORDERED:

Dated: November 3, 2022
White Plains, NY

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2022